RECEIPT # 52850
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 1-5-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADVENTURE WORLD, INC., )
)
Plaintiff, )
)
v. ) Civil Action No.
)
BANK OF THE WEST, )
)
Defendant. )

## NOTICE OF REMOVAL

MAGISTRATE JUDGE _____

TO:   CLERK OF COURT
      U.S. DISTRICT COURT for the DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that Defendant Bank of the West hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446(b). The grounds for removal are as follows:

1. On or about December 26, 2003, Plaintiff Adventure World, Inc. commenced a civil action entitled Adventure World, Inc. v. Bank of the West, Civil Action No. 03-5240-L2, in Massachusetts Superior Court, Middlesex County. On December 30, 2003, Defendant received by mail from Plaintiff the Complaint, Summons, and Order of Notice, copies of which are attached hereto as Exhibit 1. There have been no further proceedings in this action.

2. Plaintiff is a Massachusetts corporation with a principal place of business in Massachusetts. (Compl. ¶ 1.)

3. Defendant is a California corporation with a principal place of business in California. (See Compl. ¶ 2.)

4. Plaintiff alleges in the Complaint that the value of the two recreational motor vehicles at issue in Count I is $229,000. (See Compl. ¶¶ 11, 16.)

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the alleged amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Defendant has filed this Notice of Removal within 30 days of receiving the Complaint, Summons, and Order of Notice, as required by 28 U.S.C. § 1446(b).

7. Defendant has, on this 5th day of January, 2004, sent copies of this Notice of Removal to Plaintiff's counsel and to the Clerk of the Massachusetts Superior Court, Middlesex County, to be filed with that court pursuant to 28 U.S.C. § 1446(d).

8. In accordance with Local Rule 81.1, Defendant shall within 30 days file with the Clerk of this Court certified or attested-to copies of all records and proceedings in the state court and a certified or attested-to copy of all docket entries there.

WHEREFORE, Defendant Bank of the West hereby removes to this Court the above-captioned action now pending in Massachusetts Superior Court, Middlesex County.

Respectfully submitted,

BANK OF THE WEST
By its attorneys,

Jonathan I. Handler, BBO #561475
Mark E. Swirbalus, BBO #631650
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

Dated: January 5, 2004

## CERTIFICATE OF SERVICE

I, Mark E. Swirbalus, hereby certify that on this 5th day of January, 2004, I served a copy of the foregoing via facsimile and overnight delivery upon Plaintiff's counsel, Steven A. Kressler, Kressler & Kressler, PC, 11 Pleasant Street, Worcester, Massachusetts 01609.

_____
Mark E. Swirbalus