UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVENTURE WORLD, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF THE WEST, <br><br> Defendant. | Civil Action No. 04-10004-GAO |

## DEFENDANT'S MOTION TO DISMISS
## COUNT I OF PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Bank of the West ("Bank of the West") hereby moves to dismiss Count I of the three-count Complaint filed by Plaintiff Adventure World, Inc. ("Adventure World"). As grounds for this motion, Bank of the West states:

1. Adventure World, a seller of recreational vehicles ("RVs"), claims in Count I of the Complaint that Bank of the West wrongfully repossessed two RVs from Adventure World in violation of M.G.L. c. 255D, § 21. Bank of the West is the lender on the consumer loans for the repossessed RVs.

2. The statute upon which Adventure World relies affords protection only to buyers who have defaulted on their obligations under retail installment sale agreements.

3. Because Adventure World was not the buyer of the repossessed RVs, it has no legal right to the RVs and has thus failed to state a claim upon which relief can be granted.

4. In accordance with Local Rule 7.1(B)(1), Bank of the West has filed herewith a supporting memorandum of law.

WHEREFORE, Bank of the West respectfully requests that this Court dismiss Count I of the Complaint.

## REQUEST FOR ORAL ARGUMENT

Bank of the West believes that a hearing would assist the Court in its decision and therefore requests oral argument.

Respectfully submitted,

BANK OF THE WEST
By its attorneys,

*/s/ Mark E. Swirbalus*

Jonathan I. Handler, BBO #561475
Mark E. Swirbalus, BBO #631650
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110

Dated: January 7, 2004                (617) 345-4600

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that, on January 7, 2004, I conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issue in dispute.

*/s/ Mark E. Swirbalus*
Mark E. Swirbalus

## CERTIFICATE OF SERVICE

I, Mark E. Swirbalus, hereby certify that on this 7th day of January, 2004, I served a copy of the foregoing via facsimile and overnight delivery upon Plaintiff's counsel, Steven A. Kressler, Kressler & Kressler, PC, 11 Pleasant Street, Worcester, Massachusetts 01609.

*/s/ Mark E. Swirbalus*
Mark E. Swirbalus

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Mark E. Swirbalus
Direct Dial: (617) 345-4753
E-mail: meswirbalus@dbh.com

FILED
CLERK'S OFFICE

2004 JAN -7  P 4: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 7, 2004

**VIA HAND DELIVERY**

Civil Clerk's Office
United States District Court for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: **Adventure World, Inc. v. Bank of the West**
C.A. No. 04-10004-GAO

Dear Sir/Madam:

Enclosed for filing in the above-caption matter, please find the following documents:

1. Defendant's Motion to Dismiss Count I of Plaintiff's Complaint;

2. and Memorandum of Law in Support of Defendant's Motion to Dismiss Count I of Plaintiff's Complaint.

Please docket this pleading in your usual fashion, and kindly indicate your receipt and filing by stamping the attached copy of this letter and returning it to me via the messenger, who has been instructed to wait.

Thank you for your attention to this matter.

Very truly yours,

*/s/ Mark E. Swirbalus*

Mark E. Swirbalus

MES/jmw
Enclosures
cc: Steven A. Kressler (by facsimile and overnight delivery)
    Jonathan I. Handler, Esq.