UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVENTURE WORLD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10004-GAO |
| ) | |
| BANK OF THE WEST, ) | |
| ) | |
| Defendant. ) | |
| ) | |

[FILED IN CLERK'S OFFICE 2005 MAR 30 P 2:31 U.S. DISTRICT COURT DISTRICT OF MASS.]

### NOTICE OF APPEARANCE

Kindly enter the appearance of Hobart F. Popick, on behalf of the Defendant, Bank of the West, in connection with the above-captioned action.

Respectfully submitted,

BANK OF THE WEST
By its attorneys,

/s/ Hobart F. Popick

Jonathan I. Handler, BBO #561475
Mark E. Swirbalus, BBO #631650
Hobart F. Popick, BBO #658763
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110
(617) 345-4600

DATED: March 30, 2005

-2-

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on this 30th day of March, 2005, I served a copy of the foregoing via facsimile and overnight delivery upon Plaintiff's counsel, Steven A. Kressler, Kressler & Kressler, PC, 11 Pleasant Street, Worcester, Massachusetts 01609.

_____
Hobart F. Popick